**Roland BUZENIUS, Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent,**

**United Paperworkers International Union; United Paperworkers International Union, Local 1033, Intervenors.**

No. 96–5139.

United States Court of Appeals, Sixth Circuit.

Decided and Filed: Oct. 13, 1999

John C. Scully, National Right To Work Legal Defense Foundation, Springfield, Virginia, for Petitioner.

Deborah E. Shrager, Margaret Ann Gaines, National Labor Relations Board, Appellate Court Branch, Washington, D.C., for Respondent.

James B. Coppess, AFL–CIO Legal Department, Washington, D.C., for Intervenors.

Before: SILER and BATCHELDER, Circuit Judges; and HULL, District Judge.*

## OPINION

BATCHELDER, Circuit Judge.

This case is before us again on remand from the Supreme Court, *see United Paperworkers Int'l Union v. Buzenius,* —— U.S. ——, 119 S.Ct. 442, 142 L.Ed.2d 397 (1998), for reconsideration in light of its decision in *Marquez v. Screen Actors Guild, Inc.,* 525 U.S. 33, 119 S.Ct. 292, 142 L.Ed.2d 242 (1998).

Respondent has moved for dismissal of the Petition for Review pursuant to *Marquez.* Petitioner Buzenius has not opposed this motion. Therefore, without expressing any opinion whatsoever on whether this case may be distinguishable from the *Marquez* decision, we DISMISS the Petition for Review.